UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
AMERICAN CONCRETE, INC.　　　　　　　　　Case No. 08-71848 WSD
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　　　　　　　　　　　　　　HON. WALTER SHAPERO.DETROIT

_____Debtor(s)._____/

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

　　　The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Hopkins, Curran,& Smith, PC<br>20700 Civic Center Dr.<br>Suite 290<br>Southfield, MI 48076 | #7 | $278.91 |

Dated: July 15, 2010　　　　　　　　　　　　/s/Timothy J. Miller, Trustee
　　　　　　　　　　　　　　　　　　　　　Timothy J. Miller, Trustee
　　　　　　　　　　　　　　　　　　　　　64541 Van Dyke, Suite 101B
　　　　　　　　　　　　　　　　　　　　　Washington Township, MI 48095
　　　　　　　　　　　　　　　　　　　　　(586) 281-3764
　　　　　　　　　　　　　　　　　　　　　tmiller@schneidermiller.com